# Exhibit A

## (State Court Documents)

CSC

**null / ALL**
**Transmittal Number: 28985297**
**Date Processed: 04/25/2024**

# Notice of Service of Process

**Primary Contact:** Heather McClow
Lowe's Companies, Inc.
1000 Lowes Blvd
Mooresville, NC 28117-8520

| | |
|---|---|
| **Entity:** | Lowe's Home Centers, LLC<br>Entity ID Number 2515365 |
| **Entity Served:** | Lowe's Home Centers, LLC |
| **Title of Action:** | Lisa M Goldin vs. Lowe's Home Centers, LLC d/b/a Lowe's Home Improvement |
| **Matter Name/ID:** | Lisa Goldin vs. Lowe's (Store # 2356) Located At 10106 Two Notch Road Columbia, Sc 29223 (12248539) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Richland County Court of Common Pleas, SC |
| **Case/Reference No:** | 2024CP4002503 |
| **Jurisdiction Served:** | South Carolina |
| **Date Served on CSC:** | 04/24/2024 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Cavanaugh & Thickens, LLC<br>803-888-2200 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

Cavanaugh&Thickens
ATTORNEYS AT LAW

J. ERIC CAVANAUGH
JOSEPH O. THICKENS
PATRICK D. HICKMAN
STEPHEN F. KRZYSTON
NICHOLAS J. SKORZEWSKI
WILLIAM H. YARBOROUGH, JR.
C. SHEA BRIGHTHOP

SC
4-24-24

April 23, 2024

**Via PROCESS SERVER**
Lowe's Home Centers, LLC
c/o Corporation Service Company
508 Meeting Street
West Columbia, SC 29169

RE: Lisa M. Goldin and Harold W. Goldin v.Lowe's Home Centers, LLC, D/B/A Lowe's Home Improvement
Civil Action No.: 2024-CP-40-02503
Our File No.: 22125

To Whom It May Concern:

Enclosed please find the following documents that I herewith serve upon you:

1. Filed Summons and Complaint.

Best regards,

**CAVANAUGH & THICKENS, LLC**

Joe

Joseph O. Thickens

JOT/wa
Enclosures

ELECTRONICALLY FILED - 2024 Apr 22 4:28 PM - RICHLAND - COMMON PLEAS - CASE#2024CP4002503

| | |
|---|---|
| **STATE OF SOUTH CAROLINA** | **IN THE COURT OF COMMON PLEAS** |
| **COUNTY OF RICHLAND** | **THE FIFTH JUDICIAL CIRCUIT** |
| **Lisa M. Goldin and Harold W. Goldin,** | **Civil Action No.:** |
| **Plaintiffs,** | |
| **v.** | **SUMMONS** |
| **Lowe's Home Centers, LLC d/b/a Lowe's Home Improvement,** | **(Jury Trial Demanded)** |
| **Defendant.** | |

**YOU ARE HEREBY SUMMONED** and required to answer the Complaint in this action, a copy of which is hereby served upon you, and to serve a copy of your Answer to the said Complaint upon the subscribers at 1717 Marion Street, Columbia, South Carolina 29201, within thirty (30) days after the service hereof, exclusive of the day of such service, and if you fail to answer the Complaint within the time aforesaid, Plaintiff will apply to the Court for the relief demanded in the Complaint and judgment by default will be rendered against you for the relief demanded in the Complaint.

Respectfully submitted,

*s/Joseph O. Thickens.*
Joseph O. Thickens, S.C. Bar No. 101398
J. Eric Cavanaugh, S.C. Bar No. 100044
William H. Yarborough, Jr., S.C. Bar No. 102868
Cavanaugh & Thickens, LLC
1717 Marion Street (29201)
Post Office Box 2409
Columbia, SC 29202
Tel: (803) 888-2200
Fax: (803) 888-2219
Joe@ctlawsc.com
Eric@ctlawsc.com
will@ctlawsc.com

**ATTORNEYS FOR PLAINTIFF**

Columbia, South Carolina
April 22, 2024

ELECTRONICALLY FILED - 2024 Apr 22 4:28 PM - RICHLAND - COMMON PLEAS - CASE#2024CP4002503

| | |
|---|---|
| **STATE OF SOUTH CAROLINA** | **IN THE COURT OF COMMON PLEAS** |
| **COUNTY OF RICHLAND** | **THE FIFTH JUDICIAL CIRCUIT** |
| **Lisa M. Goldin and Harold W. Goldin,** | **Civil Action No.:** |
| **Plaintiffs,** | |
| **v.** | **COMPLAINT** |
| **Lowe's Home Centers, LLC d/b/a Lowe's Home Improvement,** | **(Jury Trial Demanded)** |
| **Defendant.** | |

Plaintiff would allege and show as follows:

1. The Plaintiffs Lisa M. Goldin and Harold W. Goldin are citizens and residents of Richland County, South Carolina.

2. Defendant Lowe's Home Centers, LLC d/b/a Lowe's Home Improvement (hereinafter referred to as "Defendant") is an foreign limited liability company registered to do business in the State of South Carolina.

3. That the Defendant is, upon information, the owner and occupant of the property and improvements located at 10106 Two Notch Road, Columbia, SC 29223 and operates Store #2356 on the premises.

4. That the Defendant is subject to the jurisdiction of this Court by and through their commission of a tortious act within the territorial limits of the State of South Carolina pursuant to S.C. Code Ann. § 36-2-803(A)(3).

5. That the most substantial part of the acts and omissions giving rise to the cause of action alleged herein occurred in Richland County, South Carolina.

ELECTRONICALLY FILED - 2024 Apr 22 4:28 PM - RICHLAND - COMMON PLEAS - CASE#2024CP4002503

6. On or about April 22, 2022, Plaintiff Lisa Goldin was shopping at the Defendant's store location identified herein when she encountered an assembly of lawn mowers and other yard equipment organized and displayed by the Defendant outside the store entrance.

7. While Mrs. Goldin examined the lawn mowers, she was tripped by a cable placed by the Defendants at approximately ankle height and secured to and between the lawn mowers.

8. Mrs. Goldin fell and suffered serious bodily injuries including in particular a broken knee and other physical harm.

9. The area where the Plaintiff fell was an area where customers normally and customarily walk and shop.

10. The area had no signs or other warnings posted advising the Plaintiff of the presence of the cable, which was placed there by the Defendant.

11. Upon information and belief, the Defendant and its agents, servants and employees had actual and/or constructive notice of the condition, or created the condition, and knew or should have known that the cable secured at ankle height between and around the lawn mowers created a hazardous condition for the Plaintiff and other business invitees.

12. Prior to Mrs. Goldin's injury, the Defendant was aware of incidents at other Lowe's store locations where customers tripped and were hurt on similarly placed cables.

13. As a result of this incident Lisa Goldin has incurred and will continue to incur substantial medical expenses, loss of enjoyment of life, pain and suffering, future impairment, and lost wages.

14. As a result of the aforesaid incident, Harold Goldin has sustained damage in the form of loss of consortium as a result of his wife's injuries and impairment.

ELECTRONICALLY FILED - 2024 Apr 22 4:28 PM - RICHLAND - COMMON PLEAS - CASE#2024CP402503

**FOR A FIRST CAUSE OF ACTION**
**(Negligence, Gross Negligence, and Recklessness)**

15. Plaintiff re-alleges the allegations of the foregoing Paragraphs as if restated herein verbatim.

16. That the Defendant, individually and by and through the aforementioned actions or omissions of its agents and servants, employees, and/or subsidiaries, who were acting within the scope and employment of said agency, service and/or employment were negligent, reckless, careless, willful, wanton, and/or grossly negligent in the following particulars to wit:

a. In creating an unsafe condition on the premises;

b. In using cables that create a tripping hazard despite having prior notice of injuries caused by substantially the same condition;

c. In permitting the premises to remain in an unsafe condition, thus creating a hazardous condition that the Defendants knew or should have known created an unreasonable risk of injury to Plaintiff and other business invitees;

d. In failing to keep their premises free from hazards;

e. In failing to keep the premises free from any obvious and latent defects;

f. In failing to properly and adequately warn the Plaintiffs or other business invitees of unreasonable risks or hazards which existed on the Defendants' premises;

g. In failing to exercise that degree of care which a reasonably prudent business would exercise under the same and similar circumstances;

h. In failing to maintain a reasonably safe environment for its business invitees;

i. In failing to exercise that degree of due care and caution that a reasonable prudent business would have used under same or similar circumstances;

ELECTRONICALLY FILED - 2024 Apr 22 4:28 PM - RICHLAND - COMMON PLEAS - CASE#2024CP4002503

j. In failing to keep the shopping areas and surrounding areas in a reasonably safe condition;

k. In failing to properly hire, train, and supervise its employees, specifically related to the placement, inspection and maintenance of the cables;

l. In failing to discover unsafe conditions upon the Defendant's premises;

m. In failing to have policies and procedures in place for maintaining the premises and thoroughfares in a safe condition, or if such policies and procedures existed, in failing to follow the same;

n. In failing to prevent the injury caused to the Plaintiff that the Defendant and/or its agents had actual and/or constructive knowledge of such dangerous condition and failed to remedy it;

o. In failing to have warnings posted;

p. In operating the business and maintaining its premises in utter disregard for the safety of its invitees;

q. In failing to maintain and repair its premises; and

r. In all other and further particulars that the evidence at trial may show.

All of which combined and concurred to cause as a direct and proximate result the injuries that the Plaintiffs alleged herein in violation of the statutes and common law of the State of South Carolina.

17. That as a direct and proximate result of the aforementioned conduct of the Defendant, the Plaintiffs suffered severe, permanent and debilitating injuries, including great pain and suffering in the past, present and future, causing her to incur past, present and future medical expenses, shock,

ELECTRONICALLY FILED - 2024 Apr 22 4:28 PM - RICHLAND - COMMON PLEAS - CASE#2024CP4002503

embarrassment, mental distress, permanent injury and impairment, mental anguish, emotional distress, as well as loss of enjoyment of life and loss of consortium.

WHEREFORE, Plaintiff respectfully prays for judgment against the Defendant for all actual damages, special damages, consequential damages, and punitive damages in an amount to be determined by the jury at the trial of this action, the costs and disbursements of this action and for such other and further relief as this court deems just and proper.

The Plaintiff demands a jury trial.

Respectfully submitted,

*s/Joseph O. Thickens.*
Joseph O. Thickens, S.C. Bar No. 101398
J. Eric Cavanaugh, S.C. Bar No. 100044
William H. Yarborough, Jr., S.C. Bar No. 102868
Cavanaugh & Thickens, LLC
1717 Marion Street (29201)
Post Office Box 2409
Columbia, SC 29202
Tel: (803) 888-2200
Fax: (803) 888-2219
Joe@ctlawsc.com
Eric@ctlawsc.com
will@ctlawsc.com

**ATTORNEYS FOR PLAINTIFF**

Columbia, South Carolina
April 22, 2024