IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Lisa M. Goldin and Harold W. Goldin,<br><br>                                    Plaintiffs,<br><br>vs.<br><br>Lowe's Home Centers, LLC d/b/a Lowe's Home Improvement,<br><br>                                    Defendant. | Case No.: <u>3:24-cv-03190-MGL</u><br><br><br><br>**PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES** |

**TO: ANDREW G. MELLING, ESQUIRE ATTORNEY FOR THE DEFENDANT AND TO THE DEFENDANT ABOVE NAMED:**

Pursuant to the Scheduling Order in the above-referenced matter and Rule (26(a)(2)(C)

FRCP, Plaintiff designates the following individuals as experts to be used in the trial of this matter:

**Jenn Masse**
**Masse Medical**
**10070 Dorchester Road, #50548**
**Summerville, SC 29485**

**Ms. Masse's**
**Ms. Masse's written report prepared and signed by Ms. Masse in accordance with Fed. R. Civ. P. 26(a)(2)(B) has been provided to opposing counsel.**

**Dr. Kevin Nahigian**
**810 Mallet Hill Road**
**Columbia, SC 29223**

**Dr. Nahigian's written report prepared and signed by Dr. Nahigian in accordance with Fed. R. Civ. P. 26(a)(2)(B) has been provided to opposing counsel.**

**Tricia Yount**
**Director**
**Forensics & Valuation Services**
**525 E Bay Street, Ste 100**
**Charleston, SC 29403**

**Ms. Yount's written report prepared and signed by Ms. Yount in accordance with Fed. R. Civ. P. 26(a)(2)(B) has been provided to opposing counsel.**

**Guillaume D. Dumont, MD**
**Prisma Health Orthopedics**
**14 Richland Medical Park, Suite 200**
**Columbia, SC 29203**
**Lexington Orthopaedics and Sports Medicine**
**146 E Hospital Dr 140, Bldg.**
**West Columbia, SC 29169**


**Christopher Mazoue, MD**
**Prisma Health Orthopedics**
**2 Richland Medical Park**
**Columbia, SC 29203**


**John Swoard, DO**
**Palmetto Primary Care**
**710 Rabon Road, #203**
**Columbia, SC 29203**


**The above-named experts are Plaintiff's treating physicians and are not required to produce a report.  However, they are expected to testify regarding the treatment Plaintiff received as a result of the accident.**


**~Signature Page Follows~**

Respectfully Submitted,

CAVANAUGH AND THICKENS, LLC

*s/ Joseph O. Thickens*
Joseph O. Thickens, Fed ID No. 11732
William H. Yarborough, Jr., Fed ID No. 12465
Cavanaugh & Thickens, LLC
1717 Marion Street (29201)
Post Office Box 2409
Columbia, SC 29202
Tel:  (803) 888-2200
Fax: (803) 888-2219
Joe@ctlawsc.com
will@ctlawsc.com

Columbia, South Carolina
April 28, 2025