# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | | |
|---|---|---|
| Lisa M. Goldin and Harold W. Goldin, | ) | |
| | ) | CIVIL ACTION NO. 3:24-cv-03190-MGL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Lowe's Home Centers, LLC d/b/a Lowe's Home Improvement, | ) ) | LOWE'S HOME CENTERS, LLC'S MOTION FOR SUMMARY JUDGMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Defendant Lowe's Home Centers, LLC ("Lowe's"), by counsel, hereby moves the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for entry of Summary Judgment as to Plaintiffs', Lisa M. Goldin and Harold W. Golding ("Plaintiffs") claims in this action, as there are no genuine issues of material fact as to the causes of action asserted against Lowe's. Accordingly, Lowe's is entitled to judgment as a matter of law in its favor as to the stated causes of action. These grounds are more fully set forth in the memorandum in support to be filed contemporaneously with this Motion.

Respectfully Submitted,

*s/Andrew G. Melling*
Andrew G. Melling (Fed. ID No. 7882)
amelling@burr.com
Burr & Forman LLP
P.O. Box 11390
Columbia, South Carolina 29211
803-799-9800
*Attorneys for Defendant*

Columbia, SC
August 8, 2025

61958015 v1