# Exhibit 1
**(Dr. Kevin Nahigian Expert Report)**

"Exhibit B"

CAROLINA SHOULDER & KNEE SPECIALIST • 810 MALLET HILL RD, COLUMBIA SC 29223-4406

GOLDIN, Lisa M (id #4429, dob: 03/05/1960)

# Medical Records - CONFIDENTIAL

FROM: SC - Carolina Shoulder & Knee Specialist

Mary N
810 MALLET HILL RD, COLUMBIA, SC 29223-4406
Phone: (803) 419-6646
Fax: (803) 419-6626

TO:

Name: GOLDIN, LISA M

DOB: 03/05/1960

Date Range: 01/01/2025 to 03/24/2025

**This document contains the following records of the patient:**
- Encounters and Procedures

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:4429-A-25378]

CAROLINA SHOULDER & KNEE SPECIALIST • 810 MALLET HILL RD, COLUMBIA SC 29223-4406

GOLDIN, Lisa M (id #4429, dob: 03/05/1960)

## Encounters and Procedures

Clinical Encounter Summaries

3:24-cv-03190-MGL    Date Filed 04/03/25    Entry Number 30-2    Page 4 of 8

CAROLINA SHOULDER & KNEE SPECIALIST • 810 MALLET HILL RD, COLUMBIA SC 29223-4406

GOLDIN, Lisa M (id #4429, dob: 03/05/1960)

## Encounters and Procedures

Clinical Encounter Summaries

CAROLINA SHOULDER & KNEE SPECIALIST • 810 MALLET HILL RD, COLUMBIA SC 29223-4406

**GOLDIN, Lisa M (id #4429, dob: 03/05/1960)**
Encounter Date: 03/18/2025

### Patient

| | | | |
|---|---|---|---|
| **Name** | GOLDIN, LISA (65yo, F) ID# 4429 | **Appt. Date/Time** | 03/18/2025 03:30PM |
| **DOB** | 03/05/1960 | **Service Dept.** | Main Office |
| **Provider** | KEVIN K. NAHIGIAN, MD | | |
| **Insurance** | Med Primary: *SELF PAY* <br> Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

### Chief Complaint
None recorded.

### Patient's Care Team
Primary Care Provider: KARLY MARTIN NP: 5143 FOREST DR STE 200, COLUMBIA, SC 29206, Ph (803) 314-9120, Fax (803) 314-9121 NPI: 1417631490

### Patient's Pharmacies
WALGREENS DRUGSTORE #17370 (ERX): 4730 FOREST DR, COLUMBIA, SC 29206, Ph (803) 787-7362, Fax (803) 787-0194

### Vitals
2025-03-18 15:29

| | | |
|---|---|---|
| **Ht:** 5 ft 8 in | **Wt:** 194 lbs | **BMI:** 29.5 |
| **BP:** Not Performed - Not indicated | **Pain Scale:** 5 | |

### Allergies
Reviewed Allergies

**PENICILLINS**

### Medications
Reviewed Medications

| | |
|---|---|
| **doxycycline hyclate 100 mg capsule** <br> TAKE ONE CAPSULE BY MOUTH TWICE A DAY FOR 7 DAYS | 01/02/25   filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** <br> TAKE 1 CAPSULE BY MOUTH 1 TIME WEEKLY | 04/02/24   filled |
| **fluticasone propionate 50 mcg/actuation nasal spray,suspension** <br> USE TWO SPRAYS IN EACH NOSTRIL ONE TIME DAILY | 01/02/25   filled |
| **losartan 50 mg tablet** <br> TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 01/18/25   filled |
| **nitrofurantoin monohydrate/macrocrystals 100 mg capsule** <br> TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR 5 DAYS | 07/15/24   filled |

### Vaccines
None recorded.

### Problems
Reviewed Problems
- Synovitis of joint of left knee - Onset: 03/18/2025
- Closed fracture of left patella - Onset: 03/18/2025
- Left patellar tendon rupture - Onset: 03/18/2025

CAROLINA SHOULDER & KNEE SPECIALIST • 810 MALLET HILL RD, COLUMBIA SC 29223-4406

**GOLDIN, Lisa M (id #4429, dob: 03/05/1960)**

### Family History
Reviewed Family History

### Social History
Reviewed Social History
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
Do you or have you ever used any other forms of tobacco or nicotine?: No
What was the date of your most recent tobacco screening?: 03/18/2025

### Surgical History
Reviewed Surgical History

### Past Medical History
Reviewed Past Medical History

### HPI
65 year old female, new to practice, presents for IME. She has chronic left knee pain since 4/22/22 after a fall from standing height from tripping on a wire at work. She states her pain is 5/10 aching and stabbing daily. Her pain has been gradually improving and is aggravated by movement and weight-bearing. She has tried elevation, ice, non-weight-bearing, NSAIDS, physical therapy, immobilization, bracing surgery and rest with mild relief.
PCP- Karly Martin NP

### ROS
Patient reports **arthralgias/joint pain** but reports no muscle aches, no muscle weakness, no back pain, no swelling in the extremities, no neck pain, no difficulty walking, no cramps, no osteoporosis, and no fractures. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, no exercise intolerance, no chills, and no malaise. She reports no dry eyes, no vision change, no irritation, and no eye disease/injury. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, no teeth problems, no ringing in the ears, and no sinusitis. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no ankle swelling. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports no abdominal pain, no nausea, no vomiting, no constipation, normal appetite, no diarrhea, not vomiting blood, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no abnormal mole, no jaundice, no rashes, no laceration, no non-healing areas, no changes in hair/nails, no psoriasis, no change in skin color, and no breast lump. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, no tremor, no gait dysfunction, and no paralysis. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, no suicidal thoughts, no mood swings, no memory loss, no agitation, no dementia, and no delirium. She reports no fatigue. She reports no swollen glands, no bruising, no excessive bleeding, no anemia, and no phlebitis. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

### Assessment / Plan
Lisa Golden is a 65 year-old female who presents to our office today for an independent medical evaluation of her left knee. Her identification was confirmed with picture ID and she is accompanied by a packet of information which includes a summary cover letter and request for this exam from her legal counsel, an emergency room note on the day of injury, a CT scan report, an operative report and various office notes from the treating physician during her treatment course. The packet of information was reviewed and the patient was examined. The patient was cooperative and a good historian. The patient denies any previous injury to the left knee which warranted medical or surgical attention prior to the retail injury in question.

While walking as a customer in Lowe's home center, Ms Goldin tripped over a wire across the aisle resulting in a hard fall onto a flexed knee. She suffered a superficial abrasion and an avulsion fracture of the inferior pole of the patella (essentially a patella tendon rupture). She was treated by Dr. Dumont five days later when she underwent surgical repair of this patella tendon injury. Unfortunately, the patient had a postoperative infection secondary to the abraded area of the skin requiring significant amount of antibiotics and a prolonged immobilization course.

Post operatively, after the prolonged immobilization, the patient was participated in organized physical therapy for nearly 4 months in hopes of regaining her quadricep strength. Approximately a year after the injury the patient did have a single corticosteroid injection which did not improve her condition. She presents today with continued complaints of knee range of motion restriction, instability, weakness and persistent pain. All of these issues are problematic but the instability is the biggest concern to the patient.

The patient's initial injury, persistent complaints and findings on physical exam today are no doubt casually related to her retail injury in Lowe's in April 2022. She has been managed appropriately and appears to have worked hard to improve her condition as much as possible. Obviously, the transient infection from an open injury slowed some of her progress and has affected her outcome.

I explained to the patient that if she is happy with her current state and wishes no in additional intervention, she is no doubt at maximal medical improvement. I would not place any permanent restrictions on her going forward and would allow her to participate in any activities which she desires or felt capable of participation.

The patient is not happy with her current level of function, weakness and pain and therefore we will not declare an impairment rating today. I am happy to provide an impairment rating following any of the additional treatments listed below and I can provide one now

CAROLINA SHOULDER & KNEE SPECIALIST • 810 MALLET HILL RD, COLUMBIA SC 29223-4406

**GOLDIN, Lisa M (id #4429, dob: 03/05/1960)**
upon request if desired and if the patient changes her mind.

The patient has not had a recent injection of her knee. She has a significant residual inflammatory reaction in her knee as well as mechanical symptoms. A corticosteroid injection followed by a Synvisc (viscosupplementation) injection series is a relatively simple, quick and easy treatment option that could be tried if desired and may offer substantial relief.

A slightly more aggressive option would be arthroscopic evaluation and debridement of the patellofemoral compartment with a possible lateral retinacular release. Significant anterior knee contusions can lead to an articular cartilage defect/or defects in the patellofemoral joint that could be accounting for her residual symptoms. These defects are not obvious on any diagnostic test. Arthroscopic debridement followed by the above-mentioned injectable options would also be simple and relatively quick treatment options. This option would require minimal downtime, very little postoperative physical therapy and will get the patient's knee as good as it can be short of resurfacing of all compartments.

The last treatment option is resurfacing arthroplasty or knee replacement of the entire knee. The patient would be resurfacing 2 normal compartments of the knee to improve the function and comfort in her patellofemoral compartment. The patient is not interested in this option at this time but this option would guarantee resolution of all of her complaints. This option has a slightly more protracted course that would require substantial physical therapy for 6 to 10 weeks following the surgical intervention. I believe it is more likely than not that this patient will require resurfacing arthroplasty at a younger age as a result of this fall and at very least funds could be placed aside for future assistance when this procedure is necessary.

These are my opinions to a reasonable degree of medical certainty. I would be happy to clarify any of the opinions rendered above or answer additional questions not yet posed.

Dr. Kevin K Nahigian, 3 time board-certified orthopedic surgeon with fellowship training in complex injuries and reconstructive surgery of the shoulder and knee.

**1. Synovitis of joint of left knee**
   M65.862: Other synovitis and tenosynovitis, left lower leg
- XR, KNEE, 3 VIEW

**Return to Office**
Patient will return to the office as needed.

**Encounter Sign-Off**
Encounter signed-off by Kevin K. Nahigian, MD, 03/20/2025.

Encounter performed and documented by Kevin K. Nahigian, MD
Encounter reviewed & signed by Kevin K. Nahigian, MD on 03/20/2025 at 06:21 PM

GOLDIN, Lisa M (id #4429, dob: 03/05/1960)

# KEVIN NAHIGIAN, MD
## 810 Mallet Hill Rd.
## Columbia, SC 29223

### CERTIFIED BY AMERICAN BOARD OF ORTHOPAEDIC SURGERY

- Initially Certified: 7/16/1999 – 12/31/2009
- Recertified: 01/01/2010 – 12/31/2019
- Recertified: 01/01/2020 – 12/31/2029

### HOSPITAL AFFILIATIONS

- MUSC Health Columbia Medical Center Northeast – 120 Gateway Corporate Blvd. Columbia, SC 29203.

### FELLOWSHIP

- Arthroscopic and Reconstructive Surgery of the Knee and Shoulder, Winters Orthopaedics & Sports Medicine, Orlando, FL 1996-97.

### RESIDENCY

- Orthopaedic Surgery, Henry Ford Hospital, Detroit, Michigan 1991-96.

### INTERNSHIP

- General Surgery, University Hospitals of Case Western Reserve, Cleveland, Ohio 1991-90.

### EDUCATION

- Doctor of Medicine, Georgetown University School of Medicine, Washington, DC 1990.
- Masters of Science in Physiology, Georgetown University, Washington, DC 1986.
    Thesis: Synthetic FSH/LH agonists/antagonists